UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| JABBAR MUHAMMAD ALI WILLIAMS; PAULETTE SMITH, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CV418-121 |
| MICHAEL KARPF, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION

The Court directed the *pro se* plaintiffs in this 42 U.S.C. § 1983 case to supplement their request to proceed *in forma pauperis* and to amend their Complaint. *See* doc. 9. The Court warned plaintiffs that failure to timely respond would raise the presumption that they wished to dismiss their claims. *See id.* at 6. The period for return of those documents has passed with no response. Accordingly, their claims should be **DISMISSED without prejudice**. The pending motions should, therefore, be **DENIED** as moot. Doc. 2; doc. 6; doc. 7.

This R&R is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3. Within 14 days of service, any party may file written objections to this

R&R with the Court and serve a copy on all parties. The document should be captioned "Objections to Magistrate Judge's Report and Recommendations." Any request for additional time to file objections should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge. The district judge will review the magistrate judge's findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to timely file objections will result in the waiver of rights on appeal. 11th Cir. R. 3-1; *see Symonett v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. United States*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO REPORTED AND RECOMMENDED**, this 13th day of July, 2018.

_/s/ G.R. Smith_
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA