IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JABBAR WILLIAMS, and PAULETTE )
SMITH, )
 )
    Plaintiffs, )
 )
v. ) CASE NO. CV418-121
 )
MICHAEL KARPF, STEVEN SPARGAR, )
IAN HEAP, NOAH ABRAMS, HERBERT )
HARLEY, CLAIRE WILLIAMS, )
COURTNEY LERCH, JAMES BYRNE, )
CHRIS BLAIR, GEORGE GUNDICH, )
FBI, MEG HEAP, GILBERT STACY, )
KATHY BERMAN, CNT, GARDEN CITY )
POLICE DEPARTMENT, UNKNWON )
GARDEN CITY OFFICERS, MARTIN )
HILLIARD, MICHAEL SCHIAVONE, )
JACKSON & SCHIAVONE LAW FIRM, )
DEPUTY DIRECTOR IZZO, THE WADE )
LAW FIRM, THE CITY OF GARDEN )
CITY, and BRIAN CASEY, )
 )
    Defendants. )
_____ )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 10), to which Plaintiff Jabbar Williams has responded (Doc. 11). In his response, Plaintiff Williams offers no objections to the report and recommendation and requests that this case be dismissed without prejudice. Plaintiff Paulette Smith has not responded to the report and recommendation. After careful consideration, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiffs'

complaint is hereby **DISMISSED WITHOUT PREJUDICE**. Plaintiffs' Motion for Leave to Proceed In Forma Pauperis (Doc. 2), Motion for Declaratory Judgment (Doc. 6), and Motion for Injunction (Doc. 7) are also **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 9th day of August 2018.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA